IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00052-CR

 

Darlene D. Gentry,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 19th District Court

McLennan County, Texas

Trial Court No. 2006-20-C1

 



STATEMENT OF RECUSAL



 








          I hereby recuse myself from further participation in this
case.

 

 

                                                                                    _____________________________

                                                                                    FELIPE REYNA

                                                                   Justice

 

                                                                   Date:
________________________






sionok="f" gradientshapeok="t" o:connecttype="rect"/>
 

 


 

IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00084-CV

 

Maria Rivera,

                                                                      Appellant

 v.

 

Mary Ann Novosad,

                                                                      Appellee

 

 



From the 12th District Court

Madison County, Texas

Trial Court # 01-9666-012-01

 



MEMORANDUM Opinion



 








          Appellant
Maria Rivera has filed a motion to dismiss her appeal stating the appeal has
now been resolved and the settlement reached is final.  

          This
appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).  Costs are taxed
against Appellant.  Id. (d).

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before Chief Justice
Gray,

          Justice Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and
filed March 16, 2005

[CV06]